**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Ada Medina Smith aka Ada M. Smith aka Ada Nellie Smith aka Ada N. Smith aka Ada Smith**

**BK NO. 26-00508 MJC**

**Chapter 13**

**Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 Mar 2026, 12:16:29, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: e043c37a89a88fcc14bd1f5e5c2197fccf989690b26e3a5a56a4bcc8f181404f