# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ada Medina Smith aka Ada M. Smith aka Ada Nellie Smith aka Ada N. Smith aka Ada Smith

**Debtor(s)**

BK NO. 26-00508 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 Mar 2026, 12:16:29, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: e043c37a89a88fcc14bd1f5e5c2197fccf989690b26e3a5a56a4bcc8f181404f