In re:

Ada Medina Smith

    Debtor

Case No. 26-00508-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2

Date Rcvd: Mar 26, 2026          Form ID: ntnew341          Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ada Medina Smith, 30 Brunswick Drive, Mount Pocono, PA 18344-1144 |
| 5783438 | + | GERALDINE M. LINN, ESQ., KML LAW GROUP, 701 MARKET STREET, SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5783441 | + | WAYNE COUNTY BANK & TRUST, 717 MAIN STREET, HONESDALE, PA 18431-1880 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5783435 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 26 2026 19:00:43 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, PO BOX 259407, PLANO, TX 75025-9407 |
| 5783436 | | Email/Text: CantonRecoveryGroup@cbna.com | Mar 26 2026 18:55:00 | COMMUNITY BANK, PO BOX 628, OLEAN, NY 14760 |
| 5785140 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2026 19:00:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5790369 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 26 2026 19:00:43 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5783437 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 26 2026 18:55:00 | FM/FIRSTMARK SERVICED TRUST, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 5785152 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 26 2026 18:55:00 | Firstmark Serviced Trust, PO Box 82522, Lincoln, NE 68501 |
| 5783439 | | Email/Text: EBN@Mohela.com | Mar 26 2026 18:55:00 | MOHELA/SERVICING, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 5783440 | + | Email/PDF: ebnotices@pnmac.com | Mar 26 2026 19:00:52 | PENNYMAC LOAN SERVICES, 3043 TOWNSGATE ROAD #200, WESTLAKE VILLAGE, CA 91361-3027 |
| 5786548 | + | Email/Text: RASEBN@raslg.com | Mar 26 2026 18:55:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ada Medina Smith,
aka Ada M. Smith, aka Ada Nellie Smith, aka Ada
Smith, aka Ada N. Smith,

**Debtor 1**

Chapter     13

Case No.     5:26−bk−00508−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: April 20, 2026<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2026 |

ntnew341 (09/23)