United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 26-00508-MJC

Ada Medina Smith                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2

Date Rcvd: Jun 23, 2026            Form ID: pdf010            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID**            **Recipient Name and Address**
       #+    Walter W Smith Jr., 1065 Lexington Avenue, POCONO SUMMIT, PA 18346-7789

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Garrett Wilson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com |
| Kimberly D Martin | on behalf of Accountant Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Robert Shearer

on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

Robert J Kidwell, III

on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ADA MEDINA SMITH
  AKA ADA M. SMITH
  AKA ADA NELLIE SMITH
  AKA ADA N. SMITH
  AKA ADA SMITH

     Debtor

Chapter 13
Case No. 26-00508-MJC

CAPITAL ONE AUTO FINANCE, A
DIVISION OF CAPITAL ONE, N.A.

    Movant

v.

ADA MEDINA SMITH
  AKA ADA M. SMITH
  AKA ADA NELLIE SMITH
  AKA ADA N. SMITH
  AKA ADA SMITH
    (Debtor)

WALTER W SMITH JR.
    (Co-Debtor)

JACK N ZAHAROPOULOS
    (Trustee)

    Respondents

## **ORDER**

Upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Capital One Auto Finance, a division of Capital One, N.A., after Notice and opportunity for a hearing, no responses filed, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

1. The automatic stay and co-debtor stay imposed by 11 U.S.C. § 362(a) and § 1301 are hereby modified for purposes of permitting the Movant to proceed and continue with an action to sale with respect to 2018 Mazda CX-5 VIN No. JM3KFBBM6J0330754 (the "Vehicle") to repossess, levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

2. The time period specified in Fed. R. Bankr. P. 4001(a)(4) is waived to allow Capital One Auto Finance, a division of Capital One, N.A., to immediately liquidate the Vehicle.

3. This grant of relief from stay and co-debtor stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 23, 2026