United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ada Medina Smith

      Debtor

Case No. 26-00508-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID**     **Recipient Name and Address**

    #+   Walter W. Smith, Jr., 1065 Lexington Ave., Pocono Summit, PA 18346-7789

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garrett Wilson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com |
| Kimberly D Martin | on behalf of Accountant Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Robert Shearer

on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

Robert J Kidwell, III

on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Ada Medina Smith | | Chapter: | 13 |
| aka Ada M. Smith | | | |
| aka Ada Nellie Smith | | | |
| aka Ada N. Smith | | | |
| aka Ada Smith | | | |
| | **Debtor 1** | Case No.: | 5:26-bk-00508-MJC |
| Wayne Bank | | Document No.: | 37 |
| vs | **Movant(s)** | Nature of Proceeding: | Motion for Relief from the Automatic Stay and Co-Debtor Stay |
| Ada N. Smith | | | |
| Walter W. Smith, Jr., Co-Debtor | | | |
| Jack N Zaharopoulos,Trustee | | | |
| | **Respondent(s)** | | |

## ORDER DISMISSING

Upon consideration of the Order entered June 10, 2026, indicating that the filing fee must be paid in full on or before June 17, 2026 or the pleading may be dismissed without prejudice for failure to pay filing fee, Doc. 38, and as Movant has failed to pay the filing fee, it is hereby

**ORDERED** that the above-referenced pleading is hereby **DISMISSED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 24, 2026