United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ada Medina Smith
    Debtor

Case No. 26-00508-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2

Date Rcvd: Jul 14, 2026        Form ID: pdf010        Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| | ##+ | Walter W. Smith, Jr., 1065 Lexington Ave., Pocono Summit, PA 18346-7789 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Garrett Wilson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com |
| Kimberly D Martin | on behalf of Creditor Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Accountant Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert Shearer

on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

Robert J Kidwell, III

on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
ADA N. SMITH,                          :        Chapter 13
                                                :        Case No. 26-00508-MJC
          Debtor                          :
......................................................................................................................
WAYNE BANK,                         :
          Movant                        :
vs.                                               :
                                                :
ADA N. SMITH, Debtor,              :
WALTER W. SMITH JR., Co-Debtor, and   :
JACK N. ZAHAROPOULOS, Trustee,   :
          Respondents                  :
......................................................................................................................

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from the Automatic Stay of The Wayne Bank, after Notice and opportunity for a hearing, no responses filed, it is

**ORDERED,** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 is modified with respect to Wayne Bank the holder of a valid and perfected secured claim against a certain 2018 Chrysler Pacifica as set forth in the motion; and it is further

**ORDERED,** that Rule 4001(a)(4) is not applicable and Wayne Bank may immediately enforce and implement this Order granting relief from the automatic stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 14, 2026