UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ADA MEDINA SMITH<br>        Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>        Movant<br><br>        vs.<br><br>ADA MEDINA SMITH<br>        Respondent | CHAPTER 13<br><br>CASE NO. 5:26-BK-00508-MJC |

**<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Trustee avers that Debtor's Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid – 100%.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor's plan.
    b. Dismiss or convert Debtor's case.
    c. Provide such other relief as is equitable and just.

Dated: July 27, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511


Dated: July 27, 2026         /s/ Jack Zaharopoulos

                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee