**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ADA MEDINA SMITH, | : | |
| a/k/a ADA M. SMITH, | : | CASE NO.: 5:26-bk-00508 |
| a/k/a ADA NELLIE SMITH, | : | |
| a/k/a ADA N. SMITH, | : | |
| a/k/a ADA SMITH, | : | |
| Debtor(s) | : | |


### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, <u>ADA MEDINA SMITH</u>, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on September 03, 2026.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.


DATED: <u>July 28, 2026</u>          By:     <u>/s/ Robert J. Kidwell, Esq.</u>
                                                  ROBERT J. KIDWELL, ESQ.
                                                  Counsel for Debtor



DATED: <u>July 28, 2026</u>          By:     <u>/s/ Ada Medina Smith</u>
                                                  ADA MEDINA SMITH
                                                  Debtor