In re:                                                                          Case No. 26-00508-MJC

Ada Medina Smith                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                         Page 1 of 2

Date Rcvd: Jul 28, 2026                 Form ID: ntcnfhrg                       Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ada Medina Smith, 30 Brunswick Drive, Mount Pocono, PA 18344-1144 |
| acc | + | Wayne Bank, c/o Kimberly D. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5783438 | + | GERALDINE M. LINN, ESQ., KML LAW GROUP, 701 MARKET STREET, SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5783441 | + | WAYNE COUNTY BANK & TRUST, 717 MAIN STREET, HONESDALE, PA 18431-1880 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5783435 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 28 2026 19:00:04 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, PO BOX 259407, PLANO, TX 75025-9407 |
| 5796361 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 28 2026 18:45:00 | COMMUNITY BANK, PO BOX 509, CANTON NY 13617 |
| 5783436 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 28 2026 18:45:00 | COMMUNITY BANK, PO BOX 628, OLEAN, NY 14760 |
| 5785140 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2026 19:00:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5790369 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2026 19:00:03 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5783437 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 28 2026 18:45:00 | FM/FIRSTMARK SERVICED TRUST, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 5785152 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 28 2026 18:45:00 | Firstmark Serviced Trust, PO Box 82522, Lincoln, NE 68501 |
| 5783439 | | Email/Text: EBN@Mohela.com | Jul 28 2026 18:45:00 | MOHELA/SERVICING, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 5803567 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 28 2026 19:00:11 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5783440 | + | Email/PDF: ebnotices@pnmac.com | Jul 28 2026 19:00:07 | PENNYMAC LOAN SERVICES, 3043 TOWNSGATE ROAD #200, WESTLAKE VILLAGE, CA 91361-3027 |
| 5796589 | + | Email/PDF: ebnotices@pnmac.com | Jul 28 2026 19:00:06 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5786548 | + | Email/Text: RASEBN@raslg.com | Jul 28 2026 18:45:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5800869 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 28 2026 18:46:00 | Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake, City, UT 84165-0250 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | \*+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | \*+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | \*+ | Wayne Bank, c/o Kimberly D. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garrett Wilson | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing  Inc. jkatz@raslg.com |
| Kimberly D Martin | on behalf of Creditor Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Accountant Wayne Bank kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ada Medina Smith,
aka Ada M. Smith, aka Ada Nellie Smith, aka Ada
Smith, aka Ada N. Smith,

**Debtor 1**

Chapter 13

Case No. 5:26−bk−00508−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 27, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 3, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 28, 2026 |

ntcnfhrg (08/21)