United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Ada Medina Smith
Debtor

Case No. 26-00508-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: Sep 04, 2026 | Form ID: ordsmiss | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ada Medina Smith, 30 Brunswick Drive, Mount Pocono, PA 18344-1144 |
| acc | + | Wayne Bank, c/o Kimberly D. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5783438 | + | GERALDINE M. LINN, ESQ., KML LAW GROUP, 701 MARKET STREET, SUITE #5000, PHILADELPHIA, PA 19106-1541 |
| 5783441 | + | WAYNE COUNTY BANK & TRUST, 717 MAIN STREET, HONESDALE, PA 18431-1880 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5783435 | | EDI: CAPONEAUTO.COM | Sep 04 2026 22:40:00 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, PO BOX 259407, PLANO, TX 75025-9407 |
| 5796361 | | Email/Text: CantonRecoveryGroup@cbna.com | Sep 04 2026 18:48:00 | COMMUNITY BANK, PO BOX 509, CANTON NY 13617 |
| 5783436 | | Email/Text: CantonRecoveryGroup@cbna.com | Sep 04 2026 18:48:00 | COMMUNITY BANK, PO BOX 628, OLEAN, NY 14760 |
| 5785140 | + | EDI: AISACG.COM | Sep 04 2026 22:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5790369 | + | EDI: AISACG.COM | Sep 04 2026 22:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5783437 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 04 2026 18:48:00 | FM/FIRSTMARK SERVICED TRUST, 121 SOUTH 13TH STREET, LINCOLN, NE 68508 |
| 5785152 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 04 2026 18:48:00 | Firstmark Serviced Trust, PO Box 82522, Lincoln, NE 68501 |
| 5783439 | | Email/Text: EBN@Mohela.com | Sep 04 2026 18:48:00 | MOHELA/SERVICING, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 5803567 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 04 2026 18:46:11 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5783440 | + | Email/PDF: ebnotices@pnmac.com | Sep 04 2026 19:00:46 | PENNYMAC LOAN SERVICES, 3043 TOWNSGATE ROAD #200, WESTLAKE VILLAGE, CA 91361-3027 |
| 5796589 | + | Email/PDF: ebnotices@pnmac.com | Sep 04 2026 19:00:46 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5786548 | + | Email/Text: RASEBN@raslg.com | Sep 04 2026 18:48:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5800869 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 04 2026 18:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake, City, UT 84165-0250 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Wayne Bank, c/o Kimberly D. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garrett Wilson | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jordan Matthew Katz | on behalf of Creditor Select Portfolio Servicing Inc. jkatz@raslg.com |
| Kimberly D Martin | on behalf of Accountant Wayne Bank kmartin@martin-law.net jmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Creditor Wayne Bank kmartin@martin-law.net jmartin@martin-law.net;r59891@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert Shearer | on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ada Medina Smith rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Ada Medina Smith
aka Ada M. Smith, aka Ada Nellie Smith, aka Ada Smith,
aka Ada N. Smith

Case number 5:26−bk−00508−MJC

**Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 4, 2026

ordsmiss (05/18)